296       COMMONWEALTH v. TOMASY.

Statement of Facts—Opinion of the Court.    [27 Pa. Superior Ct.


## Commonwealth v. Tomasy, Appellant.

Argued Oct. 4, 1904. Appeal, No. 24, April T., 1905, by defendant, from judgment of Q. S. Armstrong Co., Dec. T., 1903, No. 29, on verdict of guilty in case of Commonwealth v. Charles Tomasy. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER and MORRISON, JJ. Affirmed.

*H. A. Heilman* of *McCullough & Heilman*, with him *Austin Clark, Rayburn & McCain, H. N. Snyder* and *F. C. Jones*, for appellant.

*A. H. Woodward*, with him *Joseph P. Culbertson*, district attorney, and *Rush Fullerton*, for appellee.

OPINION BY ORLADY, J., November 21, 1904:

The assignments of error and facts in this case are substantially the same as in Commonwealth v. Kebort, 26 Pa. Superior Ct. 584, in which an opinion is this day filed. For the reasons therein given, the judgment in this case is affirmed and record remitted to the end that the sentence imposed may be carried into effect.